UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XIN XIN LIU, et al,

                              Plaintiff(s)

                                                                    26 civ 1612 (JGK)

            -against-

VANTAGE INC.,

                              Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, June 23, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         June 17, 2026