UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIN XIN LIU, ET ANO.,

Plaintiffs,

- against –

VANTAGE INC.,

Defendant.

26-cv-1612 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendant's motions to seal, ECF Nos. 14, 15, **today, July 29, 2026, at 3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

**SO ORDERED.**

**Dated:** New York, New York
July 29, 2026

John G. Koeltl
United States District Judge