**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**XIN XIN LIU, ET ANO.,**

**Plaintiffs,**

**- against -**

**VANTAGE INC.,**

**Defendant.**

---

**26-cv-1612 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant, with the consent of the plaintiffs, moves to seal the original complaint in this action, ECF No. 1. Because the amended complaint, ECF No. 13, is identical to the original complaint except for naming one person as Individual A rather than by name, the original complaint shall be **filed under seal**. There are sufficiently compelling reasons to seal the name of Individual A in view of privacy concerns. Moreover, restricting access to the original complaint does not affect any judicial function because it is substantively identical to the amended complaint. Any motion to unseal the original complaint shall be on notice and the parties to this action can be heard at that time.

The Clerk is respectfully directed to seal ECF No. 1 and to close ECF Nos. 14 and 15.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 31, 2026**

**John G. Koeltl**
**United States District Judge**