LONDON FISCHER LLP
59 Maiden Lane
New York, New York 10038
t: (212) 972-1000
f: (212) 972-1030
www.LondonFischer.com

October 2, 2026

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *Liu et al. v. Vantage Inc.*, No. 1:26-cv-01612 (JGK)**
**Letter-Motion to Amend the Public Docket Text of ECF No. 17**

Dear Judge Koeltl:

We represent Defendant Vantage Inc. and, pursuant to Sections I.D and VII.A.2 of Your Honor's Individual Practices, respectfully request that the Court direct the Clerk of Court to amend the public docket text of ECF No. 17 by replacing the declarant's name with "Individual A."

By Order dated July 31, 2026, the Court sealed the original complaint (ECF No. 1), finding that "[t]here are sufficiently compelling reasons to seal the name of Individual A in view of privacy concerns." (ECF No. 21.) The underlying motion, to which Plaintiffs consented in writing, also requested that public docket text associated with the sealed materials not disclose that name. (ECF No. 15 ¶ 4; *id.* at 2; *see also* ECF No. 21 (noting Plaintiffs' consent).) ECF No. 17 is the declaration submitted under seal in support of that motion. Although the declaration is captioned "Declaration of Individual A," the docket text entered at filing inadvertently identifies the declarant by name. *See* Individual Practices § VII.A.2 (summary docket text "should not include confidential information sought to be filed under seal"); S.D.N.Y. ECF Rules & Instructions § 6.12.

The requested amendment is limited to that docket text and rests on the finding the Court has already made. (*See* ECF No. 21.) The entry, its date, and its description as a sealed declaration would remain public; only the declarant's name would be replaced. No additional document would be sealed, and the amended complaint (ECF No. 13) and the remainder of the docket would remain public. The amendment is thus narrowly tailored, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), and, like the sealing of the original complaint, would not affect any judicial function. (*See* ECF No. 21.) *See also* Fed. R. Civ. P. 5.2(e)(1) (court may, for good cause, "require redaction of additional information"). Defendant raised the matter with the ECF Help Desk, which advised that it does not modify docket text and that the Clerk of Court acts only on the Court's order.

Accordingly, Defendant respectfully requests that the Court direct the Clerk of Court to amend the docket text of ECF No. 17, and any publicly visible description of its attachments, to replace the declarant's name with "Individual A," within the existing entry and without striking or re-docketing it, and that any notation of the amendment, including the docket text of the Court's order, omit the declarant's name. In the alternative, Defendant requests that the docket text of ECF No. 17 be restricted from public view. Because that text remains publicly available and is being republished by third-party docket services, Defendant respectfully asks that the Court consider this application on an expedited basis. A proposed endorsement appears below.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Thomas A. Leghorn*

/s/ Thomas A. Leghorn
Thomas A. Leghorn
LONDON FISCHER LLP
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 972-1000
tleghorn@londonfischer.com
*Attorneys for Defendant Vantage Inc.*

cc: All counsel of record (via ECF)

Application granted. In light of the findings in ECF No. 21, the Clerk of Court is directed to amend the public docket text of ECF No. 17, and any publicly visible description of its attachments, to replace the declarant's name with "Individual A." The amendment shall be made within the existing entry, without striking or re-docketing it, and any notation of the amendment, including the docket text of this Order, shall omit the declarant's name. The Clerk is further directed to close this letter-motion.

**SO ORDERED**

*John G. Koeltl*

John G. Koeltl
United States District Judge
Dated: New York, New York
10/5, 2026